**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-7244**

───────────

NATHANIEL HOWARD MOONE,

Plaintiff - Appellant,

v.

STEVE HERRICK, Director of Health Services of the Virginia Department of Corrections; TREY FULLER, Content Owner of the Virginia Department of Corrections "Assistant Health Service Director"; ROSS, Correctional Officer, Buckingham Corrections; DR. PAUL OHAI, Physician, Buckingham Correctional Center,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, Senior District Judge. (7:21-cv-00472-JPJ-PMS)

───────────

Submitted: April 25, 2023                          Decided: April 28, 2023

───────────

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Nathaniel Howard Moone, Appellant Pro Se. Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKE SMITH, Staunton, Virginia, for Appellee Dr. Paul Ohai.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Howard Moone appeals the district court's order denying relief in his 42 U.S.C. § 1983 action, asserting that Defendants acted with deliberate indifference to his serious medical needs, in violation of the Eighth Amendment.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Moone v. Herrick*, No. 7:21-cv-00472-JPJ-PMS (W.D. Va. Sept. 29, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*